**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000833
21-JUL-2026
08:07 AM
Dkt. 22 ODSD**

NO. CAAP-25-0000833

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LAM HAWAII INC., a Hawai'i corporation, Plaintiff-Appellee,
v.
SAMANTHA IOPA, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DRC-25-0001887)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 20, 2026, and February 17, 2026, respectively;

(2) Self-represented Defendant-Appellant Samantha Iopa (**Iopa**) failed to file either document or request an extension of time;

(3) On February 27, 2026, the appellate clerk entered a default notice informing Iopa that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 9, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 12.1(e) and 30, and Iopa could request relief from default by motion; and

(4) The appellate clerk served Iopa with the notice of entering case on calendar and the default notice, and the mail was returned undeliverable and unable to forward. The minutes in the underlying case, 3DRC-25-0001887, indicate as of December 3, 2025, Iopa left the property that is the subject of the underlying eviction proceedings and which she identified as her mailing address. Iopa has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any action in this appeal since the filing of a motion for waiver of costs on November 24, 2025.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, July 21, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge